

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00346-CV

CHRIS HENNSLEY, APPELLANT

V.

GREG STEVENS, CHIEF OF POLICE, LUBBOCK POLICE DEPARTMENT,
AND CITY OF LUBBOCK, APPELLEES

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2017-526,477, Honorable Ruben Gonzales Reyes, Presiding

March 21, 2019

## MEMORANDUM OPINION ON
## MOTION FOR REHEARING

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

The court dismissed this appeal for want of prosecution on February 28, 2019, after appellant, Chris Hennsley, failed to file an appellate brief. Now pending before the court is Hennsley's motion for rehearing.[1] Finding that Hennsley has reasonably

---

[1] On March 5, 2019, attorneys Bob Leonard, Manuel Quinto-Pozos, and Jim Jopling filed a notice of appearance of counsel and a motion for rehearing on behalf of Hennsley. *See* TEX. R. APP. P. 6.1, 6.2, 2.

explained his failure to timely file a brief and that appellees are not significantly injured by Hennsley's failure to do so, we grant the motion. *See* TEX. R. APP. P. 38.8(a)(1), 49.3. Accordingly, we withdraw our opinion and judgment of February 28, 2019, and reinstate the appeal. Hennsley's brief is due on or before April 4, 2019.

Per Curiam